UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS MANUEL VASQUEZ, | ) | 1:05-CV-01584-AWI-LJO-HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
| TOM L. CAREY, Warden, | ) | (DOCUMENT #10) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 27, 2006, petitioner filed a motion to extend time to file an opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to file his opposition to the respondent's Motion to Dismiss Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

**Dated:   April 4, 2006**            /s/ Lawrence J. O'Neill
23ehd0                                 UNITED STATES MAGISTRATE JUDGE