1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| JESUS MANUEL VASQUEZ, | ) 1:05-CV-1584 AWI LJO HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION [Doc. #15] |
| | ) |
| | ) ORDER GRANTING RESPONDENT'S |
| | ) MOTION TO DISMISS [Doc. #9] |
| v. | ) |
| | ) ORDER DENYING PETITIONER'S |
| | ) MOTION FOR STAY [Doc. #13] |
| | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| TOM L. CAREY, Warden, | ) OF HABEAS CORPUS |
| | ) |
| Respondent. | ) |
| _____ | ) |

13
14
15
16
17
18
19
20
21

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

22

pursuant to 28 U.S.C. § 2254.

23

        On May 2, 2006, the Magistrate Judge issued a Findings and Recommendation that

24

recommended Respondent's motion to dismiss the petition be GRANTED, the petition for writ of

25

habeas corpus be DISMISSED without leave to amend, and Petitioner's motion for stay be DENIED.

26

This Findings and Recommendation was served on all parties and contained notice that any

27

objections to the Findings and Recommendation were to be filed within thirty (30) days of the date

28

1    of service of the order.  Over thirty (30) days have passed and no party has filed objections.

2         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

3    *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

4    and Recommendation is supported by the record and proper analysis.

5         Accordingly, IT IS HEREBY ORDERED that:

6         1. The Findings and Recommendation issued May 2, 2006, is ADOPTED IN FULL;

7         2. Respondent's motion to dismiss the petition is GRANTED;

8         3. Petitioner's motion for stay is DENIED;

9         4. The petition for writ of habeas corpus is DISMISSED without leave to amend; and

10        5. The Clerk of the Court is DIRECTED to close this file.

11

12   IT IS SO ORDERED.

13   **Dated:     July 6, 2006                        /s/ Anthony W. Ishii**
     0m8i78                                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28